Helene V. Turchi, Plaintiff-Appellant, v. Roman L. Turchi, Defendant-Appellee.

Gen. No. 10,851. (Abstract of Decision.)

Second District.

August 24, 1955.

Rehearing denied September 13, 1955.

Released for publication September 14, 1955.

Singer & Singer, for appellant; Diver, Diver & Ridge, for appellee.
Opinion by JUSTICE DOVE. Not to be published in full.